UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2020
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JENNIFER PESKETT,<br><br>   Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release |

  On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

  The court finds no condition or combination of conditions that will reasonably assure:

  (A)  ( X ) the appearance of defendant as required; and/or

  (B)  ( X ) the safety of any person or the community.

    The court concludes:

A.  ( X ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

    <u>Instant allegations; criminal history; mental health concerns;</u>
<u>defendant submitted</u>

//

(B)     ( X )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

<u>         Unverified background; unknown bail resources; absconder status; alleged probation violations; prior failures to appear; defendant submitted</u>

IT IS ORDERED that defendant be detained.

DATED: JULY 14, 2020         *John E McDermott*

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE